**HILL, FARRER & BURRILL LLP**
James A. Bowles (Bar No. 089383)
    E-mail: jbowles@hillfarrer.com
Casey L. Morris (Bar No. 238455)
    E-mail: cmorris@hillfarrer.com
Elissa L. Gysi (Bar No. 281338)
    E-mail: egysi@hillfarrer.com
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Defendants
Time Warner Cable, LLC and Time Warner
Cable, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. JEFFERSON,<br><br>              Plaintiff,<br><br>    vs.<br><br>TIME WARNER CABLE, INC.,<br><br>              Defendant. | CASE NO.  CV14-01345-GW(CWx)<br><br>**JUDGMENT**<br><br><br>Courtroom:  10, Spring St.<br>Judge:         Hon. George H. Wu |

This action came on for hearing before the Court, on May 5, 2014, and again on August 7, 2014, Hon. George H. Wu, District Judge Presiding, on a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure by Defendants Time Warner Cable Inc. and Time Warner Cable LLC.  The contentions presented having been fully considered and the issues having been duly heard, on August 8, 2014, the Court entered its Minute Order granting Defendants' Motion to Dismiss.  Based thereon,  and for the reasons stated in the tentative ruling of May 5, 2014 and August 7, 2014:

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing against Defendants Time Warner Cable, Inc. and Time Warner Cable LLC, that the action

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

be dismissed without leave to amend against Defendants Time Warner Cable Inc. and Time Warner Cable LLC, and that Defendants Time Warner Cable Inc. and Time Warner Cable LLC recover their costs.

DATED:  August 13, 2014

UNITED STATES DISTRICT JUDGE

HFB 1440903.1 A5431026

[PROPOSED] JUDGMENT